No. 09-11550. Gwen Bergman, Petitioner v. United States.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6794.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 599 F.3d 1142.

No. 09-11551. Von Shear Adams, Petitioner v. Florida Parole Commission.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6986.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11552. James Darren Taylor, Petitioner v. United States.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 7016.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 474.

No. 09-11553. Lawton Tyson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 7066,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11554. George Martin Vanden-Berg, Petitioner v. Michigan.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6736.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 09-11555. John F. Mosley, Petitioner v. Florida.

562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6906,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 46 So. 3d 510.

No. 09-11557. James Rodriguez, Sr., Petitioner v. United States.

562 U.S. 887, 131 S. Ct. 220, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6835.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.